UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EMANUEL DASH,

                Plaintiff,

    v.

DETECTIVE RONALD J. MONTAS and
DETECTIVE WILLY JOHNSON,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
17-CV-515 (PKC) (RER)

A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on March 31, 2020, granting Defendants' motion for summary judgment; and dismissing all claims; it is

ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted; and that all claims are dismissed.

Dated: Brooklyn, New York
       March 31, 2020

Douglas C. Palmer
Clerk of Court

By:    */s/Jalitza Poveda*
       Deputy Clerk